## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CEDRIC GREENE**                                                                          **PLAINTIFF**

**V.**                                     **CASE NO.  3:26-cv-00046 JM**

**UNITED STATES POSTAL SERVICE**                                    **DEFENDANT**

## ORDER

Plaintiff Cedric Greene, a resident of Las Angeles, California, sues the United States Postal Service alleging that a money order sent by Greene through an LA Postal Office to an Atlanta, Georgia Postal Office was not received. (Doc. 2). Based on the facts alleged, it appears that venue properly lies in the United States District Court for the Central District of Georgia. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Central District of Georgia. 28 U.S.C. § 1406(a).[1] The Clerk of the Court is directed to immediately transfer Mr. Greene's entire case file to the United States District Court for the Central District of Georgia.

IT IS SO ORDERED this 30th day of March, 2025.

_____
UNITED STATE DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.